**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

**IN RE:**

**ADIN SAMUEL RODES**  **CASE NO.  08-51415**
**VERNA ARLENE RODES**  **CHAPTER 7**

    **Debtor(s).**

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Please take notice that the firm of Hale, Dewey & Knight, PLLC, 88 Union Avenue, Suite 700, Memphis, TN 38103 will represent the interests of DaimlerChrysler Financial Services Americas, LLC, successor by merger to DaimlerChrysler Services North America, LLC ("DaimlerChrysler") in the matter.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for DaimlerChrysler, as follows:

    Stephen P. Hale, Esq.
    Aaron J. Nash, Esq.
    Hale, Dewey & Knight, PLLC
    88 Union Avenue, Suite 700
    Memphis, TN 38103

/s/ Aaron Nash

Stephen P. Hale, Esq.
Aaron J. Nash, Esq.
Attorneys for DaimlerChrysler
88 Union Avenue, Suite 700
Memphis, TN 38103
(615) 783-2858

OF COUNSEL:
HALE, DEWEY & KNIGHT, PLLC